# United States District Court
## Middle District of Georgia

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| Vs. | **JUDGMENT IN A CRIMINAL CASE** |
| | (FOR REVOCATION OF PROBATION) |
| **WALTER S. CHAPMAN,** | NO. 5: 06-MJ-08-15 (CWH) |
| Defendant | L. Elizabeth Lane |
| | Defendant's Attorney |

The above-named defendant having this day admitted to violating CONDITIONS OF PROBATION imposed upon him by the undersigned in the above-captioned proceeding on November 6, 2006, as alleged in the PETITION FOR ACTION ON PROBATION filed May 7, 2007, by U.S. Probation Officer Todd D. Garrett, said sentence of probation is now REVOKED, and he is **RESENTENCED** as hereinafter set out, the court finding the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Failing to Refrain from Violation of the Law | 05/02/07 |
| 2 | Violation of Special Condition That he not operate a motor vehicle | 05/02/07 |

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment (if any) are fully paid.

**Defendant's Soc. Sec. No.:** \*\*\*-\*\*\*-4705

**Defendant's Date of Birth:** 1961

**Defendant's USM No.:** 93144-020

**Defendant's Residence Address:**

North Street
Thomaston, Georgia

**Defendant's Mailing Address:** Same

May 22, 2007

Date of Imposition of Judgment

*[signature: Claude W. Hicks Jr.]*

Signature of Judicial Officer

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

Name and Title of Judicial Officer

May 23, 2007

Date

# IMPRISONMENT

The court finds that the conditions of probation have been violated as outlined the **PETITION FOR ACTION ON PROBATION** filed May 7, 2007, and that defendant Chapman poses a serious threat to the safety of himself and others by once again operating a motor vehicle while intoxicated. Accordingly, the defendant's probation is **REVOKED**, and he is hereby committed to the **CUSTODY** of the UNITED STATES BUREAU OF PRISONS to be imprisoned for a period of **SIX (6) MONTHS**.

☒ The court makes the following recommendation to the BUREAU OF PRISONS: *that the defendant be provided with whatever treatment and counseling is available for alcoholism.*

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at_____A.M./P.M. on_____.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation/Pretrial Services Office.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2:00 P.M. on_____.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation/Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on_____ to_____
at_____, with a certified copy of this judgment.

_____
DEPUTY UNITED STATES MARSHAL